FILED
15-0232
11/17/2015 2:59:34 PM
tex-7868076
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

**Cause No. 15-0232**

IN THE SUPREME COURT OF TEXAS

LEVINSON ALCOSER ASSOCIATES, L.P. AND
LEVINSON ASSOCIATES, INC.,

*Petitioners,*

V.

EL PISTOLÓN II, LTD.,

*Respondent.*

# PETITIONERS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF ON THE MERIT

RICHARD B. PHILLIPS, JR.
State Bar No. 24032833
THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street
Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-969-1751
rich.phillips@tklaw.com

BORIS A. HIDALGO
State Bar No. 09587100
THOMPSON & KNIGHT LLP
333 Clay Street
Suite 3300
Houston, Texas 77002
Phone: 713-951-5857
Fax: 832- 397-8170
boris.hidalgo@tklaw.com

EDMUNDO O. RAMIREZ
State Bar No. 16501420
ELLIS KOENECKE &
    RAMIREZ, L.L.P.
1101 Chicago Ave.
McAllen, Texas 78501
Phone: 956-682-2440
Fax: 956-682-0820
eor@ekrattorneys.com

**COUNSEL FOR PETITIONERS**
**LEVINSON ALCOSER ASSOCIATES, L.P. AND**
**LEVINSON ASSOCIATES, INC.**

To The Honorable Supreme Court of Texas:

1. Under Rules 2, 10.5(b), and 55.7, Petitioners Levinson Alcoser Associates, L.P. and Levinson Associates, Inc. respectfully request a 15-day extension of time to file their opening brief on the merits.

2. This is an interlocutory appeal from an order denying Petitioners' motion to dismiss under Texas Civil Practice and Remedies Code Chapter 150. The Court of Appeals for the Thirteenth District affirmed in part and reversed in part. The Court has requested briefs on the merits, and Petitioners' opening brief is due on Monday, November 23, 2015.

3. The requested extension would make the reply due on Tuesday, December 8, 2015.

4. This is Petitioners' first request for an extension of time to file their opening brief on the merits.

5. Counsel for Respondent El Pistolón II, Ltd. has indicated that Respondent is not opposed to this requested extension.

6. Petitioners request this extension of time because Richard B. Phillips, Jr., who is lead counsel on appeal, has been occupied with other matters since the court requested briefs on the merits. Specifically, Mr. Phillips had an oral argument in the Thirteenth Court of Appeals on October

22 in Cause No. 13-14-00428-CV, *Alma Investments, Inc. v. Bahia Mar Co-Owners Association, Inc.* and an oral argument in the Fifth Court of Appeals on October 27 in Cause No. 15-14-01318-CV, *Tatum v. Hersh*. During the weeks of October 26 and November 2, Mr. Phillips was involved in an emergency mandamus proceeding in the Fifth Court of Appeals (Cause No. 05-15-01304-CV, *In re Gearbox Software LLC*) and this Court (Cause No. 15-0836, *In re Martel*). Mr. Phillips has also been occupied with a mandamus proceeding in the United States Court of Appeals for the Fifth Circuit (No. 15-41501, *In re Devon Energy Production Co., L.P.*). He was also occupied with a motion for rehearing that was due in the United States Court of Appeals for the Second Circuit on November 13 (Cause No. 14-3852, *Highland Capital Management LP v. U.S.*).

7. Because of these circumstances, Petitioners' counsel needs additional time to prepare the brief on the merits.

WHEREFORE, Petitioners Levinson Alcoser Associates, L.P. and Levinson Associates, Inc. respectfully request that this Court extend the deadline for their opening brief on the merits to Tuesday, December 8, 2015. Petitioners further request general relief.

Respectfully submitted,

THOMPSON & KNIGHT LLP

BY:  /S/ Richard B. Phillips, Jr.
  Richard B. Phillips, Jr.
  State Bar No. 24032833
  rich.phillips@tklaw.com

One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: (214) 969-1700
Fax: (214) 969-1751

  Boris A. Hidalgo
  State Bar No. 09587100
  boris.hidalgo@tklaw.com

333 Clay Street
Suite 3300
Houston, Texas 77002
Phone: (713) 951-5857
Fax: (832) 397-8170

ELLIS KOENECKE & RAMIREZ, L.L.P.

  Edmundo O. Ramirez
  State Bar No. 16501420
  eor@ekrattorneys.com

1101 Chicago Ave.
McAllen, Texas 78501
Phone: 956-682-2440
Fax: 956-682-0820

**COUNSEL FOR PETITIONERS
LEVINSON ALCOSER ASSOCIATES,
L.P. and LEVINSON ASSOCIATES,
INC.**

## CERTIFICATE OF CONFERENCE

On November 16, 2015, Jason Itkin, counsel for Respondent, indicated that Respondent is not opposed to the requested 15-day extension.

/s/ Richard B. Phillips, Jr.
Richard B. Phillips

## CERTIFICATE OF SERVICE

On this 17th day of November, 2015, a true and correct copy of the foregoing motion for extension of time has been served on the following counsel for Respondent by electronic service:

Gilberto Hinojosa
ghinojosa@ghinojosalaw.net
Law Office of Gilberto Hinojosa   and
Associates P.C.
622 E. St. Charles
Brownsville, Texas 78520
Phone: 956-544-4218

Jason A. Itkin
jitkin@arnolditkin.com
Noah Wexler
nwexler@arnolditkin.com
Caj Boatright
cboatright@arnolditkin.com
Arnold & Itkin, LLP
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Phone: 713-222-3800

/s/ Richard B. Phillips, Jr.
Richard B. Phillips